IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL BLANSETT                                                    PLAINTIFF

V.                          CASE NO. 3:19-CV-48-BD

SOCIAL SECURITY ADMINSTRATION                                       DEFENDANT

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Docket entry #14) For good cause shown, the Commissioner's motion (#14) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 16th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE