IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL BLANSETT**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 3:19-CV-48-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## ORDER

Plaintiff Michael Blansett has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #17) He seeks fees and expenses in the amount of $3,417.07 (*Id.*) The Commissioner does not contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (#19)

Because there is no objection to granting attorney's fees and expenses, Mr. Blansett's motion (#17) is GRANTED, and the Commissioner is directed to pay the total sum of $3,417.07 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 18th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE